CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Luis Angel Salazar-Medina**<br>YOB: 2005; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-09787MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about November 24, 2025, at or near Douglas, in the District of Arizona, **Luis Angel Salazar-Medina**, an alien, did intentionally and knowingly attempt to unlawfully enter the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Diego, California on September 29, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about November 24, 2025, at or near Douglas, in District of Arizona, **Luis Angel Salazar-Medina**, an alien, did intentionally and knowingly attempt to unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Luis Angel Salazar-Medina** is a citizen of Mexico. On September 29, 2025, **Luis Angel Salazar-Medina** was lawfully denied admission, excluded, deported and removed from the United States through San Diego, California. On November 24, 2025, agents found **Luis Angel Salazar-Medina** attempting to enter the United States at or near Douglas, Arizona without the proper immigration documents. **Luis Angel Salazar-Medina** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Luis Angel Salazar-Medina** admitted to illegally entering the United States of America from Mexico on or about November 24, 2025, at or near Douglas, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Taylor W. Garrett<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 25, 2025 |

1) See Federal Rules of Criminal Procedure Rules 3, 4, and 54
   Reviewing AUSA: Houston